UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shawn white

_____

Write the full name of each plaintiff.

_____ CV _____
(Include case number if one has been
assigned)

-against-

**COMPLAINT**

(1) Environmental Protection Agency
(2) Bergen County New Jersey
(3) Baltimore County Maryland
   EPA Region 2, EPA Region 3, EPA National Organization

Do you want a jury trial?
☐ Yes   ☒ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

RECEIVED
SDNY PRO SE OFFICE
2022 JUL 18   AM 10:29

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Per the "clean Water Act" and being subjected to strong contaminated water that has left me physically harmed and susceptible to cancer, my civil rights have been violated.

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ___Shawn   White___, is a citizen of the State of
(Plaintiff's name)

___New York___
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

___

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Michael Regan, EPA_, is a citizen of the State of
(Defendant's name)

_Washington, B.C._

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Environmental Protection Agency ATN: LISA FLAVIA GARCIA_, is incorporated under the laws of

the State of _New York, New Jersey (Region 2)_

and has its principal place of business in the State of _New Jersey_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Shawn_          _D._          _white_
First Name          Middle Initial          Last Name

_401 8th Avenue_
Street Address

_New York, NY_                    _10018_
County, City                    State          Zip Code

_(646) 234-2337_          _The new new york city 212 @ gmail.com_
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

LISA F. GARCIA

First Name     Last Name

Regional Administrator

Current Job Title (or other identifying information)

290 Broadway

Current Work Address (or other address where defendant may be served)

New York, NY     10007 - 1866

County, City     State     Zip Code

Defendant 2:

Javier Laureano

First Name     Last Name

Director, Water Division

Current Job Title (or other identifying information)

290 Broadway

Current Work Address (or other address where defendant may be served)

New York, NY     10007 - 1866

County, City     State     Zip Code

Defendant 3:

Michael Regan

First Name     Last Name

Administrator

Current Job Title (or other identifying information)

1200 Pennsylvania Avenue, NW

Current Work Address (or other address where defendant may be served)

Washington, DC     20460 - 1101A

County, City     State     Zip Code

Defendant 4: ~~David~~ ~~Sternberg~~ <sup>SW</sup> Adam Ortiz.

First Name                Last Name

Regional Administrator

Current Job Title (or other identifying information)

1650 Arch street

Current Work Address (or other address where defendant may be served)

PHILADELPHIA , PA  19103

County, City                State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: South Hackensack, New Jersey

Date(s) of occurrence: Beginning September 1, 2021 until now. ( July 14, 2022)

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

While staying at Knights Inn in South Hackensack, New Jersey in 2021, my skin changed drastically. I initially thought it was due to a dietary allergy (which I have none.) After converting to nearly all plant based yet still staying in South Hackensack, my skin (head to feet) became extremely dry, disdored, itchy and irritated. Even more alarming was seeing the pillow cases stained with "rust colored" coating. I stopped taking vitamins, did'nt consume oranges for a period but the pillow staining persisted. As months progressed my conditions worsened, noticeably daily. My feet became

extremely dry and the skin on my penis became chaffed. I immediately realized it was related to a skin issue. Once again, I changed locations at the hotel, begin to sleep fully dressed as I assumed it was a cleanliness or detergent issue. Upon research, I became aware of Flint, Michigan and the reality of contaminated water. Since this violation, my skin is severly damaged, I am paranoid of water that isn't bottled. The water in Baltimore County has been the same. I have collected samples.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My skin has been discolored and my feet are extremely damaged. My nails are discolored and the skin on the bottom of my right foot appears to have burns from the excessive, oppressive and over proliferation of harmful contaminants in the water.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$11 million dollars. This relief represents every month that I have been potentially and unknowingly stricken with cancer or some other disease unbeknownst to me. I want the court to understand the seriousness of the violation and render justice accordingly.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

July 14, 2022
_____
Dated

Shawn                    b.
_____
First Name    Middle Initial

481  8th Avenue
_____
Street Address

New York                    NY
_____
County, City                    State

646-234-2337
_____
Telephone Number

Shawn white
_____
Plaintiff's Signature

_____
Last Name

10018
_____
Zip Code

the new new york city 212 @ gmail.com
_____
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Current Month Activity Report

### September 2021

**Card Number:**  ***********3006

Name:          SHAWN WHITE
Address:       100 PATERSON PLANK RD

               JERSEY CITY NJ 07307

**Activity For : 09/01/2021 - 09/01/2021**
Current Balance : $43.28
Total Fees for Prior Month:  $2.00
Total Fees Year-To-Date: $21.00

## Transactions

| Date | Description | Status | Amount |
|---|---|---|---|
| 9/1/2021 7:29:42 AM | SVC CHG NO PIN TRN<br>KNIGHTS INN HACKENSACK   S HACKENSACK NJ | Completed | $1.00 |
| 9/1/2021 7:29:43 AM | SVC CHG NO PIN TRN<br>KNIGHTS INN HACKENSACK   S HACKENSACK NJ | Completed | $1.00 |
| 9/1/2021 7:29:44 AM | VISA PURCHASE<br>KNIGHTS INN HACKENSACK   S HACKENSACK NJ | Completed | $80.00 |
| 9/1/2021 7:29:45 AM | VISA PURCHASE<br>KNIGHTS INN HACKENSACK   S HACKENSACK NJ | Completed | $80.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:  Call us at (866) 679-4869 or write us at XPECTATIONS! VISA PREPAID CARD, ONE SOUTH WACKER DR., 36TH FL, CHICAGO, IL 60606 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Be prepared to give us the following information:

- Your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the money during the time it takes us to complete our investigation.

* An (*) next to the "Amount" field indicates the transaction is a recurring payment.

** Account balance represents the amount available in the transaction account; therefore, if multiple cards are linked to one transaction account, the dollar amount will reflect the balance for all linked cards.

# Knights Inn

410 Route 46 West, South Hackensack, New Jersey, 07606, USA
Phone: 201-440-4476; Fax: 201-440-6584
E-mail: hojonew@aol.com

| Name | Shawn White | | Folio No. | 040622071906031 |
|---|---|---|---|---|
| Address | USA | | | |
| Phone # | | | Room | 202 |
| ID Type | | ID # | # Of Guests | 2 |
| ID State | | ID Country | Date In | Jun/04/2022 10:19:00 AM |
| Vehicle Info. | | | Date Out | Jun/05/2022 11:00:00 AM |
| Company | | | | |

| Rental Charges | | Total | Other Charges | | Payments | | |
|---|---|---|---|---|---|---|---|
| Jun/04/2022 | 76.51 | 76.51 | | | CASH | Jun/04/2022 | 90.00 |
| Occupancy.Tax | | | | | | | |
|    Occupancy Tax | 6.12 | | | | | | |
|    State Tax | 5.07 | | | | | | |
|    Meadowland Tax | 2.30 | 13.49 | | | | | |
| | | **90.00** | | **0.00** | | | **90.00** |

|  |  |
|---|---|
| **Total Charges:** | 90.00 |

^ Authorize Payment

| | |
|---|---|
| **Total Deposit:** | 0.00 |
| **(Authorized Payments):** | 0.00 |
| **(Payments):** | 90.00 |
| **Balance:** | 0.00 |

NOTICE TO GUESTS:  This property is privately owned  and the management reserves  the right to refuse service  to anyone.  Management  will not be  responsible  for accidents or injury  to guests or for  loss of money, jewelry or valuables of any kind  Management will not be responsible for any item left in the room.

CHECKOUT TIME: 11:00 AM        SELF REGISTRATION ONLY
I AGREE that my liability for this bill is not waived  and agree to be held personally liable in the event that the  indicated  person or company  failed to pay for any part or  full amount of these charges including any missing/damaged items, etc..  I agree that if an attorney is retained to collect these charges, I will pay all reasonable  attorney's fees  and costs incurred.  If payment is by  credit card you are authorized to charge my account  for  all charges  incurred,  including any  and all damages/missing items, etc..  I agree that the sole purpose of renting this room is for my own residency only.

**Guest Signature**

**Date**

# Knights Inn

410 Route 46 West, South Hackensack, New Jersey,07606, USA
Phone: 201-440-4476; Fax: 201-440-6584
E-mail: hojonew@aol.com

| Name | Shawn White | | **Folio No.** | 030622040441955 |
|---|---|---|---|---|
| **Address** | USA | | | |

| | | | | |
|---|---|---|---|---|
| **Phone #** | | | **Room** | 202 |
| **ID Type** | | **ID #** | **# Of Guests** | 2 |
| **ID State** | | **ID Country** | **Date In** | Jun/03/2022 07:04:00 PM |
| **Vehicle Info.** | | | **Date Out** | Jun/04/2022 11:00:00 AM |
| **Company** | | | | |

| Rental Charges | | Total | Other Charges | | Payments | | |
|---|---|---|---|---|---|---|---|
| Jun/03/2022 | 76.51 | 76.51 | | | CASH | Jun/03/2022 | 90.00 |
| Occupancy.Tax | | | | | | | |
| Occupancy Tax | 6.12 | | | | | | |
| State Tax | 5.07 | | | | | | |
| Meadowland Tax | 2.30 | 13.49 | | | | | |
| | | **90.00** | | **0.00** | | | **90.00** |

|  |  |
|---|---|
| **Total Charges:** | 90.00 |

^  Authorize Payment

|  |  |
|---|---|
| **Total Deposit:** | 0.00 |
| **(Authorized Payments ):** | 0.00 |
| **(Payments):** | 90.00 |
| **Balance:** | 0.00 |

NOTICE TO GUESTS:  This property is privately owned  and the management reserves  the right to refuse service  to anyone.  Management  will not be  responsible  for accidents or injury  to guests or for  loss of money, jewelry or valuables of any kind. Management will not be responsible for any item left in the room.

CHECKOUT TIME: 11:00 AM        SELF REGISTRATION ONLY
I AGREE that my liability for this  bill is not waived  and agree to be held personally liable in the event that the  indicated  person or company  failed to pay for any part or  full amount of these charges including any missing/damaged items, etc.. I agree that if an attorney is retained to collect these charges, I will pay all reasonable  attorney's fees  and costs incurred.  If payment is by  credit card you are authorized to charge my account  for  all charges  incurred,  including any  and all damages/missing items, etc.. I agree that the sole purpose of renting this room is for my own residency only.

**Guest Signature**

**Date**

# Knights Inn

410 Route 46 West, South Hackensack, New Jersey,07606, USA
Phone: 201-440-4476; Fax: 201-440-6584
E-mail: hojonew@aol.com

| Name | White Shawn | | | Folio No. | 180322034803638 |
|------|-------------|--|--|-----------|-----------------|
| Address | USA | | | | |
| Phone # | | | | Room | 208 |
| ID Type | | ID # | | # Of Guests | 2 |
| ID State | | ID Country | | Date In | Mar/18/2022 06:48:00 PM |
| Vehicle Info. | | | | Date Out | Mar/25/2022 11:00:00 AM |
| Company | | | | | |

| Rental Charges | | Total | Other Charges | | Payments | | |
|----------------|-------|-------|---------------|--|----------|--|-------|
| Mar/18/2022 | 60.73 | | | | CASH | Mar/18/2022 | 500.00 |
| Mar/19/2022 | 60.73 | | | | | | |
| Mar/20/2022 | 60.73 | | | | | | |
| Mar/21/2022 | 60.73 | | | | | | |
| Mar/22/2022 | 60.73 | | | | | | |
| Mar/23/2022 | 60.73 | | | | | | |
| Mar/24/2022 | 60.72 | 425.10 | | | | | |
| Occupancy.Tax | | | | | | | |
|   Occupancy Tax | 34.02 | | | | | | |
|   State Tax | 28.21 | | | | | | |
|   Meadowland Tax | 12.67 | 74.90 | | | | | |
| | | **500.00** | | **0.00** | | | **500.00** |

|  |  |
|--|--|
| **Total Charges:** | 500.00 |
| **Total Deposit:** | 0.00 |
| **(Authorized Payments):** | 0.00 |
| **(Payments):** | 500.00 |
| **Balance:** | 0.00 |

^ Authorize Payment

NOTICE TO GUESTS:  This property is privately owned  and the management reserves the right to refuse service to anyone.  Management will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind  Management will not be responsible for any item left in the room.

CHECKOUT TIME: 11:00 AM        SELF REGISTRATION ONLY
I AGREE that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person or company failed to pay for any part or full amount of these charges including any missing/damaged items, etc.. I agree that if an attorney is retained to collect these charges, I will pay all reasonable attorney's fees and costs incurred.  If payment is by credit card you are authorized to charge my account for all charges incurred, including any and all damages/missing items, etc.. I agree that the sole purpose of renting this room is for my own residency only.

# Knights Inn

410 Route 46 West, South Hackensack, New Jersey,07606, USA
Phone: 201-440-4476; Fax: 201-440-6584
E-mail: hojonew@aol.com

| Name | White Shawn | | | Folio No. | 180322034803638 |
|------|-------------|--|--|-----------|-----------------|
| Address | USA | | | | |
| Phone # | | | | Room | 208 |
| ID Type | | ID # | | # Of Guests | 2 |
| ID State | | ID Country | | Date In | Mar/18/2022 06:48:00 PM |
| Vehicle Info. | | | | Date Out | Mar/25/2022 11:00:00 AM |
| Company | | | | | |

| Rental Charges | | Total | Other Charges | | Payments | | |
|----------------|------|-------|---------------|--|----------|--|--|
| Mar/18/2022 | 60.73 | | | | CASH | Mar/18/2022 | 500.00 |
| Mar/19/2022 | 60.73 | | | | | | |
| Mar/20/2022 | 60.73 | | | | | | |
| Mar/21/2022 | 60.73 | | | | | | |
| Mar/22/2022 | 60.73 | | | | | | |
| Mar/23/2022 | 60.73 | | | | | | |
| Mar/24/2022 | 60.72 | 425.10 | | | | | |
| Occupancy.Tax | | | | | | | |
|   Occupancy Tax | 34.02 | | | | | | |
|   State Tax | 28.21 | | | | | | |
|   Meadowland Tax | 12.67 | 74.90 | | | | | |
| | | **500.00** | | **0.00** | | | **500.00** |

|  |  |
|--|--|
| Total Charges: | 500.00 |

^  Authorize Payment

|  |  |
|--|--|
| **Total Deposit:** | 0.00 |
| **(Authorized Payments ):** | 0.00 |
| **(Payments):** | 500.00 |
| **Balance:** | 0.00 |

NOTICE TO GUESTS:  This property is privately owned  and the management reserves  the right to refuse service  to anyone.  Management  will not be  responsible  for accidents or injury  to guests or for  loss of money, jewelry or valuables of any kind  Management will not be responsible for any item left in the room.

CHECKOUT TIME: 11:00 AM        SELF REGISTRATION ONLY
I AGREE that my liability for this  bill is not waived  and agree to be held personally liable in the event that the  indicated  person or company  failed to pay for any part or  full amount of these charges including any missing/damaged items, etc.. I agree that if an attorney is retained to collect these charges, I will pay all reasonable  attorney's fees  and costs incurred.  If payment is by  credit card you are authorized to charge my account  for all charges  incurred,  including any  and all damages/missing items, etc.. I agree that the sole purpose of renting this room is for my own residency only.

# Knights Inn

410 Route 46 West, South Hackensack, New Jersey,07606, USA
Phone: 201-440-4476; Fax: 201-440-6584
E-mail: hojonew@aol.com

| | | | |
|---|---|---|---|
| **Name** | White Shawn | **Folio No.** | 180322034803638 |
| **Address** | USA | | |
| | | | |
| **Phone #** | | **Room** | 208 |
| **ID Type** | | **ID #** | **# Of Guests** 2 |
| **ID State** | | **ID Country** | **Date In** Mar/18/2022 06:48:00 PM |
| **Vehicle Info.** | | | **Date Out** Mar/25/2022 11:00:00 AM |
| **Company** | | | |


**Guest Signature**

**Date**

# Statement

## January 2022

Name:       SHAWN WHITE
Address:    50 WEST ST
            APT 34D
            NEW YORK NY 10006

Card Number: ************5394

**Statement Activity From:**
01/01/2022 - 01/31/2022
Begining Card Balance as of 01/01/2022: $2.02

## Funding Transactions

| Date | Description | Card | Amount |
|------|-------------|------|--------|
| 1/28/2022 | ADD FUNDS - ACH FED AMAZON.CO2530088      EDI PYMNTS | 5394 | $2.12 |
| 1/15/2022 | ADD FUNDS | 5394 | $170.00 |

## Card Transactions

| Date | Description | Card | Amount |
|------|-------------|------|--------|
| 1/26/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($2.49) |
| 1/25/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($2.49) |
| 1/24/2022 | VISA PURCHASE Subway 59391        Owings Mills ,MD | 5394 | ($7.93) |
| 1/24/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($2.49) |
| 1/24/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($2.49) |
| 1/23/2022 | WITHDRAWAL 10101 GRAND CENTRA     OWINGS MILLS MD | 5394 | ($43.50) |
| 1/23/2022 | VISA PURCHASE GIANT LANDOVER #2318    OWINGS MILLS ,MD | 5394 | ($8.28) |
| 1/22/2022 | VISA PURCHASE Subway 59391        Owings Mills ,MD | 5394 | ($6.25) |
| 1/22/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($2.49) |
| 1/21/2022 | VISA PURCHASE BOOST MOBILE        866-402-7366 ,CO | 5394 | ($35.00) |
| 1/21/2022 | VISA PURCHASE GIANT LANDOVER #2318    OWINGS MILLS ,MD | 5394 | ($5.38) |
| 1/21/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($4.92) |
| 1/21/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($3.54) |
| 1/21/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($2.49) |
| 1/20/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($2.49) |
| 1/20/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($2.49) |
| 1/19/2022 | VISA PURCHASE Subway 59391        Owings Mills ,MD | 5394 | ($5.71) |
| 1/19/2022 | VISA PURCHASE EXXONMOBIL    47871728  OWINGS MILLS ,MD | 5394 | ($2.49) |
| 1/18/2022 | VISA PURCHASE GIANT LANDOVER #2318    OWINGS MILLS ,MD | 5394 | ($2.11) |
| 1/18/2022 | VISA PURCHASE GIANT LANDOVER #2318    OWINGS MILLS ,MD | 5394 | ($1.59) |
| 1/17/2022 | VISA PURCHASE 62 CONVENIENCE        NEW YORK    ,NY | 5394 | ($2.08) |

## Fee Transactions

| Date | Description | Card | Amount |
|------|-------------|------|--------|
| 1/26/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/25/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/24/2022 | SVC CHG BALANCE INQ<br>10101 GRAND CENTRA    OWINGS MILLS MD | 5394 | ($0.50) |
| 1/24/2022 | SVC CHG NO PIN TRN<br>Subway 59391        Owings Mills ,MD | 5394 | ($1.00) |
| 1/24/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/24/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/23/2022 | SVC CHG ATM WITHDRAW<br>10101 GRAND CENTRA    OWINGS MILLS MD | 5394 | ($2.25) |
| 1/23/2022 | SVC CHG BALANCE INQ<br>10101 GRAND CENTRA    OWINGS MILLS MD | 5394 | ($0.50) |
| 1/23/2022 | SVC CHG NO PIN TRN<br>GIANT LANDOVER #2318    OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/22/2022 | SVC CHG NO PIN TRN<br>Subway 59391        Owings Mills ,MD | 5394 | ($1.00) |
| 1/22/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/21/2022 | SVC CHG NO PIN TRN<br>BOOST MOBILE      866-402-7366 ,CO | 5394 | ($1.00) |
| 1/21/2022 | SVC CHG NO PIN TRN<br>GIANT LANDOVER #2318    OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/21/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/21/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/21/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/20/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/20/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/19/2022 | SVC CHG NO PIN TRN<br>Subway 59391        Owings Mills ,MD | 5394 | ($1.00) |
| 1/19/2022 | SVC CHG NO PIN TRN<br>EXXONMOBIL   47871728  OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/18/2022 | SVC CHG NO PIN TRN<br>GIANT LANDOVER #2318    OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/18/2022 | SVC CHG NO PIN TRN<br>GIANT LANDOVER #2318    OWINGS MILLS ,MD | 5394 | ($1.00) |
| 1/17/2022 | SVC CHG NO PIN TRN<br>62 CONVENIENCE      NEW YORK    ,NY | 5394 | ($1.00) |

Total Fees for This Period:  $23.25
Total Fees Year-to-Date:  $23.25
Card Balance as of 01/31/2022: $2.19

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:  Call us at (866) 679-4869 or write us at XPECTATIONS! VISA PREPAID CARD, ONE SOUTH WACKER DR., 36TH FL, CHICAGO, IL 60606 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Be prepared to give us the following information:

• Your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the money during the time it takes us to complete our investigation.



## March 2022

Card Number: ***********5394

Name:      SHAWN WHITE
Address:   50 WEST ST
           APT 34D
           NEW YORK NY 10006

Statement Activity From:
03/01/2022 - 03/31/2022
Begining Card Balance as of 03/01/2022: $1.27

### Funding Transactions

| Date | Description | Card | Amount |
|------|-------------|------|--------|
| 3/28/2022 | ADD FUNDS - ACH FED<br>AMAZON.CO2684738      EDI PYMNTS | 5394 | $0.01 |

### Fee Transactions

| Date | Description | Card | Amount |
|------|-------------|------|--------|
| 3/13/2022 | SVC CHG BALANCE INQ<br>M&T 10101 GRAND CE      OWINGS MILLS MD | 5394 | ($0.50) |
| 3/6/2022 | SVC CHG BALANCE INQ<br>M&T 10101 GRAND CE      OWINGS MILLS MD | 5394 | ($0.50) |
| 3/4/2022 | SVC CHG BALANCE INQ<br>10210 MILL RUN CIR      OWINGS MILLS MD | 5394 | ($0.50) |

Total Fees for This Period:  $1.50
Total Fees Year-to-Date:  $24.75
Card Balance as of 03/31/2022: ($0.22)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:   Call us at (866) 679-4869 or write us at XPECTATIONS! VISA PREPAID CARD, ONE SOUTH WACKER DR., 36TH FL, CHICAGO, IL 60606 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Be prepared to give us the following information:

· Your name and account number (if any).

· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

· Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the money during the time it takes us to complete our investigation.

* An (*) next to the "Amount" field indicates the transaction is a recurring payment.

** Account balance represents the amount available in the transaction account; therefore, if multiple cards are linked to one transaction account, the dollar amount will reflect the balance for all linked cards.

**Current Month Activity**

April 2022

Name:       SHAWN WHITE
Address:    50 WEST ST
            APT 34D
            NEW YORK NY 10006

Card Number: ***********5394

**Activity For : 04/01/2022 - 04/05/2022**
Current Balance : $4.28
Total Fees for Prior Month: $1.50
Total Fees Year-To-Date: $25.25

## Transactions

| Date | Description | | Status | Amount |
|------|-------------|---|--------|--------|
| 4/1/2022 8:51:23 AM | SVC CHG BALANCE INQ M&T 10101 GRAND CE | OWINGS MILLS MD USA | Completed | $0.50 |
| 4/5/2022 1:49:34 PM | ADD FUNDS | | Completed | $5.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:   Call us at (866) 679-4869 or write us at XPECTATIONS! VISA PREPAID CARD, ONE SOUTH WACKER DR., 36TH FL, CHICAGO, IL 60606 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Be prepared to give us the following information:

· Your name and account number (if any).

· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

· Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the money during the time it takes us to complete our investigation.

* An (*) next to the "Amount" field indicates the transaction is a recurring payment.

** Account balance represents the amount available in the transaction account; therefore, if multiple cards are linked to one transaction account, the dollar amount will reflect the balance for all linked cards.



**Statement**

## February 2022

**Card Number: ***********5394**

Name:       SHAWN WHITE
Address:    50 WEST ST
            APT 34D
            NEW YORK NY 10006

**Statement Activity From:**
02/01/2022 - 02/28/2022
Begining Card Balance as of 02/01/2022: $2.19

### Funding Transactions

| Date | Description | Card | Amount |
|------|-------------|------|--------|
| 2/27/2022 | REMOVE FUNDS | 5394 | ($23.00) |
| 2/26/2022 | ADD FUNDS | 5394 | $20.00 |
| 2/25/2022 | ADD FUNDS - ACH FED AMAZON.CO2605997     EDI PYMNTS | 5394 | $2.08 |

Total Fees for This Period:  $0.00
Total Fees Year-to-Date: $23.25
Card Balance as of 02/28/2022: $1.27

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:   Call us at (866) 679-4869 or write us at XPECTATIONS! VISA PREPAID CARD, ONE SOUTH WACKER DR., 36TH FL, CHICAGO, IL 60606 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Be prepared to give us the following information:

- Your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the money during the time it takes us to complete our investigation.

* An (*) next to the "Amount" field indicates the transaction is a recurring payment.

** Account balance represents the amount available in the transaction account; therefore, if multiple cards are linked to one transaction account, the dollar amount will reflect the balance for all linked cards.

January 2022

Name:        SHAWN WHITE
Address:     50 WEST ST
             APT 34D
             NEW YORK NY 10006

**Card Number:** ***********5394

**Activity For : 01/01/2022 - 01/16/2022**
Current Balance : $172.02
Total Fees for Prior Month:  $0.00
Total Fees Year-To-Date:  $27.75

## Transactions

| Date | Description | Status | Amount |
|------|-------------|--------|--------|
| 1/15/2022 12:56:25 PM | ADD FUNDS | Completed | $170.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:  Call us at (866) 679-4869 or write us at XPECTATIONS! VISA PREPAID CARD, ONE SOUTH WACKER DR., 36TH FL, CHICAGO, IL 60606 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Be prepared to give us the following information:

- Your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the money during the time it takes us to complete our investigation.

* An (*) next to the "Amount" field indicates the transaction is a recurring payment.

** Account balance represents the amount available in the transaction account; therefore, if multiple cards are linked to one transaction account, the dollar amount will reflect the balance for all linked cards.

## December 2021

**Card Number:** ************5394

Name:        SHAWN WHITE
Address:     50 WEST ST
             APT 34D
             NEW YORK NY 10006

**Statement Activity From:**
12/01/2021 - 12/31/2021
Begining Card Balance as of 12/01/2021: $2.02

| No Statement Available for Selected Month. |
| --- |

Total Fees for This Period:  $0.00
Total Fees Year-to-Date:  $27.75
Card Balance as of 12/31/2021: $2.02

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:   Call us at (866) 679-4869 or write us at XPECTATIONS! VISA PREPAID CARD, ONE SOUTH WACKER DR., 36TH FL, CHICAGO, IL 60606 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Be prepared to give us the following information:

 • Your name and account number (if any).
 • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
 • Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the money during the time it takes us to complete our investigation.

* An (*) next to the "Amount" field indicates the transaction is a recurring payment.

** Account balance represents the amount available in the transaction account; therefore, if multiple cards are linked to one transaction account, the dollar amount will reflect the balance for all linked cards.

# Knights Inn

410 Route #46 West, South Hackensack, New Jersey,07606, USA
Phone: 201-440-4476; Fax: 201-440-6584
E-mail: hrjoinen@aol.com

| | | | | | Folio. No. | 2003200751248587 |
|---|---|---|---|---|---|---|
| **Name** | SHAWN WHITE | | | | | |
| **Address** | USA | | | | | |
| | | | | | **Room** | 201 |
| **Phone #** | | **ID #** | | | **# of Guest** | 2 |
| **ID Type** | | **ID Country** | | | **Date In** | 08/29/2021 |
| **Vehicle Info.** | | | | | **Date Out** | 08/30/2021 |
| **Company** | | | | | | |

| | Particulars | | Total |
|---|---|---|---|
| **Rental Charges** | | | |
| **Occupancy Tax** | | | |
| **Add : Other Charges** | | | |
| Charges | | | |
| | | Total Charges | 80.00 |
| | | | 80.00 |
| *Less :* Payments | | | |
| Payment By Guest | | | 0.00 |

NOTICE TO GUESTS: This property is privately owned and the management reserves the right to refuse service to anyone. Management will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind. Management will not be responsible for any item left in the room.

CHECKOUT TIME: 11:00 AM          SELF REGISTRATION ONLY
I AGREE that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person or company failed to pay for any part or full amount of these charges including any missing/damaged items, etc.. I agree that if an attorney is retained to collect these charges, I will pay all reasonable attorney's fees and costs incurred. If payment is by credit card you are authorized to charge my account for all charges incurred, including any and all damaged/missing items, etc.. I agree that the sole purpose of renting this room is for my own residency only.

*8/29/2021 check in*

*CASH*

**Guest Signature** _____

**Date** _____

| ROOM NO. | LAST NAME | FIRST | INITIAL | FOLIO NUMBER |
|---|---|---|---|---|
| 2070 | | ξιιβιωβ | | 02334 |
| | | | | 707 |

CASH

# CONGRESS INN
370 ROUTE 46
SOUTH HACKENSACK, NEW JERSEY 07606
201-440-1200

| 1 | |
| 2 | Hc 06/02/22 |
| 3 | |
| 4 | Advance Payment |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

From Folio_____ To _____

# Knights Inn

410 Route 46 West, South Hackensack, New Jersey, 07606, USA
Phone: 201-440-4476; Fax: 201-440-6584
E-mail: hnjionew@aol.com

| Name | SHAWN WHITE | Folio No. | 20082007512485 |
| Address | USA | | |
| Phone # | | Room | |
| ID Type | ID # | # of Guest | 2 |
| ID State | ID Country | Date In | 08/30/2021 |
| Vehicle Info. | | Date Out | 09/01/2021 |
| Company | | | |

| Particulars | | Total |
|---|---|---|
| Rental Charges | | |
| Occupancy Tax | | |
| Add : Other Charges | | |
| Charges | | 160.00 |
| Less : Payments | Total Charges  160.00 | |
| Payment By Guest | | |
| | | 0.00 |

* NOTICE TO GUESTS: This property is privately owned and the management reserves the right to refuse service to anyone. Management will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind. Management will not be responsible for any item left in the room.

CHECKOUT TIME: 11:00 AM                     SELF REGISTRATION ONLY
I AGREE that my liability for this        bill is not waived and agree to be held personally liable in the event that the
indicated person or company failed to pay for any part or full amount of these charges including any
missing/damaged items, etc.. I agree that if an attorney is retained to collect these charges, I will pay all
reasonable attorney's fees and costs incurred. If payment is by credit card you are authorized to charge my
account for all charges incurred, including any and all damages/missing items, etc.. I agree that the sole
purpose of renting this room is for my own residency only.

Guest Signature  _____

Date  _____

 **NEWS**

The Forum: Should Supreme Court Justices Have Term Limits? »

Home / News / Best States / New York News

# Judge Approves $65M Settlement in Polluted Water Lawsuit

A federal judge has approved a $65 million settlement in a class action lawsuit with three companies over chemical contamination of the water supply in an upstate New York village.

By Associated Press

Feb. 5, 2022

 Save     

HOOSICK FALLS, N.Y. (AP) — A federal judge has approved a $65 million settlement in a class action lawsuit with three companies over chemical contamination of the water supply in an upstate New York village.

The Times Union reported the ruling Friday by U.S. District Senior Judge Lawrence E. Kahn sets off a 30-day period for an appeal to be filed challenging the settlement. Kahn had previously ruled the settlement was "fair, reasonable and adequate."

**Recommended Videos**           Powered by AnyClip





Under the settlement, Saint-Gobain Performance Plastics, Honeywell International and 3M will compensate plaintiffs who are current or former residents of Hoosick Falls, northwest of Albany, for their exposure to PFOA, a chemical once used in certain industrial processes.

The residents of Hoosick Falls learned several years ago that their drinking water had been contaminated by PFOA, or perfluorooctanoic acid, which has been connected to cancer and thyroid disease.

Payments under the settlement are expected to be divided among 1,800 property owners.

Copyright 2022 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Tags: **New York, Associated Press**

## Compare Bank Accounts ⓘ

| Initial Deposit | $25,000 |

PREMIUM ONLINE SAVINGS                                                              SPONSORED

**PENFED** CREDIT UNION
APY **1.00%**          Min Balance for APY **$5**          Get Details
NCUA Insured          Start Earning More On Your Savings. Insured by NCUA.

ONLINE SAVINGS ACCOUNT                                                              SPONSORED

**ally**
APY **1.15%**          Min Balance for APY **$0**          Get Details
FDIC Insured          On all balance tiers. Mobile app for banking on the go. Ally Bank, Member FDIC.

360 PERFORMANCE SAVINGS                                                              SPONSORED

**CapitalOne**
APY **1.00%**          Min Balance for APY **$0**          Get Details
FDIC Insured          Got about 5 minutes? That's all the time it takes to open an account.

18-MONTH CD                                                              SPONSORED

**ally**
APY **2.25%**          Min Balance for APY **$0**          Get Details
FDIC Insured          Saving your money is great. Growing it is even better. Ally Bank, Member FDIC.

As of: 07/12/2022                                                              Ad Disclosure



 

**DONATE**

LAW

# Judge approves $626 million settlement in Flint contaminated water case

November 11, 2021 · 5:06 AM ET
Heard on Morning Edition

 RACHEL MARTIN          STEVE CARMODY

FROM  

**3-Minute Listen**                              PLAYLIST    Download

Transcript

Most of the money is coming from the state of Michigan, which was accused of overlooking the risks of switching Flint's water source in 2014 without treating the water to prevent lead contamination.

RACHEL MARTIN, HOST:

Six hundred and twenty-six million dollars - that's the amount approved by a federal judge for a settlement between the city of Flint and the state of Michigan for their unsafe drinking water. Steve Carmody with Michigan Radio joins us from Flint. Steve, thanks for being here.

STEVE CARMODY, BYLINE: My pleasure.

MARTIN: So first off, remind us of the water crisis. Explain what went so wrong in Flint.

7/12/22, 4:52 PM
Long Island Water Districts Settle Claims Arising from Alleged 1,4-Dioxane Contamination | Goldberg Segalla - JDSupra

Case 1:22-cv-06128-LTS    Document 2    Filed 07/15/22    Page 27 of 51

April 15, 2022

# Long Island Water Districts Settle Claims Arising from Alleged 1,4-Dioxane Contamination

Oliver E. Twaddell

Goldberg Segalla

( + Follow )    Contact



---

goldbergsegalla.com

---

You may have read about the slew of lawsuits filed over the past few years by Long Island water districts seeking to recover damages arising from alleged contamination of drinking water supplies by 1,4-dioxane. Our blog has covered them here, here, here, and here.

There is news on the settlement front. One of the primary defendants and the U.S. government have agreed to resolutions in two cases: *Bethpage* (in the amount of $49 million) and *South Farmingdale* (in the amount of $15.5 million). The Bethpage lawsuit, for example, sought damages "to ... restore its damaged drinking water supply wells..." and reimbursement "for the costs of designing, constructing, installing, operating, and maintaining the treatment facilities and equipment required to remove the 1,4-dioxane from its drinking water wells..."

The proposed consent judgments—filings whereby the parties ask that the court approve the settlement of the claims—state that the resolutions came after "good faith, arms-length negotiations," they represent a "fair and reasonable resolution," and are "consistent with the goals of the Comprehensive Environmental Response, [...]

ultimately, the three issues that the court will determin[...]

judgments.

As to damages, Bethpage stated that it had incurred ap[...]
"exploration, construction, and related infrastructure s[...]
and capital costs." Bethpage forecasted that it will requ[...]
and maintenance costs associated with the 1,4-dioxane[...]
Farmingdale stated that it had incurred or will incur at[...]
operations and maintenance costs for treatment of 1,4-[...]

This website uses cookies to improve user experience, track anonymous site usage, store authorization tokens and permit sharing on social media networks. By continuing to browse this website you accept the use of cookies. Click here to read more about how we use cookies

( Continue )

7/12/22, 4:52 PM          Long Island Water Districts Settle Claims Arising from Alleged 1,4-Dioxane Contamination | Goldberg Segalla - JDSupra

Case 1:22-cv-06128-LTS    Document 2    Filed 07/15/22    Page 28 of 51

various operational factors. South Farmingdale estimates that the resolution of its claim against the U.S. would cover "the majority of the capital costs and a material percentage of the initial operations and maintenance costs associated with installing necessary treatment technology."

Both settlement proposals, though, acknowledge that the defendants "dispute their liability and aver, inter alia, that other sources of 1,4-dioxane impacted ... [the] wells, including products containing 1,4-dioxane, such as stabilized 1,1,1-trichloroethane (TCA)..." and also assert that dioxane was a component of certain consumer products that may have led to the claimed contamination.

As background, 1,4-dioxane is a synthetic industrial chemical that is completely miscible (mixes in all proportions) in water. Generally, 1,4-dioxane is a likely contaminant at many sites contaminated with certain chlorinated solvents (particularly 1,1,1-trichloroethane) because of its widespread use as a stabilizer for those chemicals. The U.S. Environmental Protection Agency (EPA) indicates that 1,4-dioxane is used in "paint strippers, dyes, greases, varnishes and waxes" and is also found as an impurity in anti-freeze and aircraft deicing fluid, and in consumer products like shampoos, deodorants, cleaning detergents, and cosmetics.

In December 2020, the EPA released the final risk evaluation for 1,4-dioxane. The final risk evaluation states that there are unreasonable risks to workers and occupational non-users from 13 conditions of use, but EPA found "no unreasonable risks to the environment, consumers, bystanders, or the general population." The National Toxicology Program classifies 1,4-dioxane as "reasonably anticipated to be a human carcinogen" (NTP, 2016); the International Agency for Research on Cancer (IARC) classifies 1,4-dioxane as "possibly carcinogenic to humans" (IARC, 1999); and the National Institute for Occupational Safety and Health (NIOSH) classifies it as a "potential occupational carcinogen" (NIOSH, 2004).

The case details are available under the following actions: *South Farmingdale Water District v. U.S. et al.*, case number 2:22-cv-02051, and *Bethpage Water District v. U.S. et al.*, case number 2:22-cv-02050, both filed in the U.S. District Court for

 Send  Print  Report

This website uses cookies to improve user experience, track anonymous site usage, store authorization tokens and permit sharing on social media networks. By continuing to browse this website you accept the use of cookies. Click here to read more about how we use cookies.

Continue

## LATEST POSTS

- **Turbine Defendant Not Liable For Failure to Warn as to Th**
- **Employers Should Be Mindful of Using Electronic Signatu Related Onboarding Documents**

- **Supreme Court Reins In Federal Agency's Power to Regulate Plant Emissions in Ruling with Far-Reaching Implications**

- **New Jersey Supreme Court Reverses Appellate Division and Reinstates Plaintiff's Verdict**

- **New York's Grieving Families Act May See First Update In Over 100 Years**

See more »

DISCLAIMER: Because of the generality of this update, the information provided herein may not be applicable in all situations and should not be acted upon without specific legal advice based on particular situations.

© Goldberg Segalla 2022 | Attorney Advertising

**WRITTEN BY:**

Goldberg Segalla

Contact    ( + Follow )

Oliver E. Twaddell                                                                ( + Follow )

**PUBLISHED IN:**

CERCLA                                                                           ( + Follow )

Contamination                                                                    ( + Follow )

Drinking Water                                                                   ( + Follow )

Environmental Policies

EPA

Groundwater

NIOSH

Water

This website uses cookies to improve user experience, track anonymous site usage, store authorization tokens and permit sharing on social media networks. By continuing to browse this website you accept the use of cookies. Click here to read more about how we use cookies.

( Continue )

7/12/22, 4:52 PM

Case 1:22-cv-06128-LTS    Document 2    Filed 07/15/22    Page 30 of 51
Long Island Water Districts Settle Claims Arising from Alleged 1,4-Dioxane Contamination | Goldberg Segalla - JDSupra

Water Pollution                                                    ( + Follow )

Water Supplies                                                    ( + Follow )

Environmental                                                    ( + Follow )

**GOLDBERG SEGALLA ON:**



This website uses cookies to improve
user experience, track anonymous site
usage, store authorization tokens and
permit sharing on social media
networks. By continuing to browse this
website you accept the use of cookies.
Click here to read more about how we
use cookies.

Continue

April 15, 2022

# Long Island Water Districts Settle Claims Arising from Alleged 1,4-Dioxane Contamination

Oliver E. Twaddell

Goldberg Segalla

( + Follow )    Contact



goldbergsegalla.com

You may have read about the slew of lawsuits filed over the past few years by Long Island water districts seeking to recover damages arising from alleged contamination of drinking water supplies by 1,4-dioxane. Our blog has covered them here, here, here, and here.

There is news on the settlement front. One of the primary defendants and the U.S. government have agreed to resolutions in two cases: *Bethpage* (in the amount of $49 million) and *South Farmingdale* (in the amount of $15.5 million). The Bethpage lawsuit, for example, sought damages "to ... restore its damaged drinking water supply wells..." and reimbursement "for the costs of designing, constructing, installing, operating, and maintaining the treatment facilities and equipment required to remove the 1,4-dioxane from its drinking water wells..."

The proposed consent judgments—filings whereby the parties ask that the court approve the settlement of the claims—state that the resolutions came after "good faith, arms-length negotiations," they represent a "fair and reasonable resolution," and are "consistent with the goals of the Comprehensive Environmental Response, ultimately, the three issues that the court will determin judgments.

As to damages, Bethpage stated that it had incurred ap "exploration, construction, and related infrastructure s and capital costs." Bethpage forecasted that it will requ and maintenance costs associated with the 1,4-dioxane Farmingdale stated that it had incurred or will incur at operations and maintenance costs for treatment of 1,4-

This website uses cookies to improve user experience, track anonymous site usage, store authorization tokens and permit sharing on social media networks. By continuing to browse this website you accept the use of cookies. Click here to read more about how we use cookies.

( Continue )

various operational factors. South Farmingdale estimates that the resolution of its claim against the U.S. would cover "the majority of the capital costs and a material percentage of the initial operations and maintenance costs associated with installing necessary treatment technology."

Both settlement proposals, though, acknowledge that the defendants "dispute their liability and aver, inter alia, that other sources of 1,4-dioxane impacted ... [the] wells, including products containing 1,4-dioxane, such as stabilized 1,1,1-trichloroethane (TCA)..." and also assert that dioxane was a component of certain consumer products that may have led to the claimed contamination.

As background, 1,4-dioxane is a synthetic industrial chemical that is completely miscible (mixes in all proportions) in water. Generally, 1,4-dioxane is a likely contaminant at many sites contaminated with certain chlorinated solvents (particularly 1,1,1-trichloroethane) because of its widespread use as a stabilizer for those chemicals. The U.S. Environmental Protection Agency (EPA) indicates that 1,4-dioxane is used in "paint strippers, dyes, greases, varnishes and waxes" and is also found as an impurity in anti-freeze and aircraft deicing fluid, and in consumer products like shampoos, deodorants, cleaning detergents, and cosmetics.

In December 2020, the EPA released the final risk evaluation for 1,4-dioxane. The final risk evaluation states that there are unreasonable risks to workers and occupational non-users from 13 conditions of use, but EPA found "no unreasonable risks to the environment, consumers, bystanders, or the general population." The National Toxicology Program classifies 1,4-dioxane as "reasonably anticipated to be a human carcinogen" (NTP, 2016); the International Agency for Research on Cancer (IARC) classifies 1,4-dioxane as "possibly carcinogenic to humans" (IARC, 1999); and the National Institute for Occupational Safety and Health (NIOSH) classifies it as a "potential occupational carcinogen" (NIOSH, 2004).

The case details are available under the following actions: *South Farmingdale Water District v. U.S. et al.,* case number 2:22-cv-02051, and *Bethpage Water District v. U.S. et al.,* case number 2:22-cv-02050, both filed in the U.S. District Court for



This website uses cookies to improve user experience, track anonymous site usage, store authorization tokens and permit sharing on social media networks. By continuing to browse this website you accept the use of cookies. Click here to read more about how we use cookies.

Continue

## LATEST POSTS

- **Turbine Defendant Not Liable For Failure to Warn as to Th**

- **Employers Should Be Mindful of Using Electronic Signatu Related Onboarding Documents**

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

To send a letter to a particular EPA organization, add the name of the organization and the mail code designation for that office to the address above.  The organization name and mail code designation should be listed below "Environmental Protection Agency" and above "1200 Pennsylvania Avenue, N.W."

## Mail Codes for EPA HQ Offices

| EPA Headquarters Office | Mail Code |
|---|---|
| Office of the Administrator | 1101A |
| Office of Air and Radiation | 6101A |
| Office of Chemical Safety and Pollution Prevention | 7101M |
| Office of the Chief Financial Officer | 2710A |
| Office of Enforcement and Compliance Assurance | 2201A |
| Office of General Counsel | 2310A |
| Office of the Inspector General | 2410T |
| Office of International and Tribal Affairs | 2610R |
| Office of Land and Emergency Management | 5101T |
| Office of Policy | 1804A |
| Office of Mission Support | 3101A |
| Office of Research and Development | 8101R |
| Office of Water | 4101M |

## EPA HQ Main Telephone Number

(202) 564-4700

# HQ Overnight Delivery Addresses

## Main HQ Locations

USEPA William Jefferson Clinton Building North (WJC North)
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

USEPA William Jefferson Clinton Building South (WJC South)
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

USEPA William Jefferson Clinton West Building (WJC West)
1301 Constitution Avenue N.W.
Washington, DC 20004

USEPA William Jefferson Clinton East Building (WJC East)
1201 Constitution Avenue N.W.
Washington, DC 20004

USEPA Ronald Reagan Building (RRB)
1300 Pennsylvania Avenue N.W.
Washington, DC 20004

## Other HQ Locations

**Maryland**
Environmental Protection Agency
Environmental Science Center (ESC)
701 Mapes Road
Fort Meade, MD 20755-5350

# Regional Offices Across the Nation

**Region 1 (CT, MA, ME, NH, RI, VT)** <https://epa.gov/aboutepa/epa-region-1-new-england>
Environmental Protection Agency
5 Post Office Square - Suite 100
Boston, MA 02109-3912
Phone: (617) 918-1111
Fax: (617) 918-1809
Toll free: (888) 372-7341

**Region 2 (NJ, NY, PR, VI)** <https://epa.gov/aboutepa/epa-region-2>
Environmental Protection Agency
290 Broadway
New York, NY 10007-1866
Phone: (212) 637-3660
Fax: (212) 637-3526

**Region 3 (DC, DE, MD, PA, VA, WV)** <https://epa.gov/aboutepa/epa-region-3-mid-atlantic>
Environmental Protection Agency
1650 Arch Street
Philadelphia, PA 19103-2029
Phone: (215) 814-5000
Fax: (215) 814-5103
Toll free: (800) 438-2474

**Region 4 (AL, FL, GA, KY, MS, NC, SC, TN)** <https://epa.gov/aboutepa/about-epa-region-4-southeast>
Environmental Protection Agency
Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104
Phone: (404) 562-9900
Fax: (404) 562-8174
Toll free: (800) 241-1754

**Region 5 (IL, IN, MI, MN, OH, WI)** <https://epa.gov/aboutepa/epa-region-5>
Environmental Protection Agency
77 West Jackson Boulevard
Chicago, IL 60604-3507

Mailing Addresses and Phone Numbers | US EPA

Phone: (312) 353-2000

Fax: (312) 353-4135

Toll free: (800) 621-8431

**Region 6 (AR, LA, NM, OK, TX)** <https://epa.gov/aboutepa/epa-region-6-south-central>

Environmental Protection Agency

1201 Elm Street, Suite 500

Dallas, TX 75270

Phone: (214) 665-2200

Toll free: (800) 887-6063

**Region 7 (IA, KS, MO, NE)** <https://epa.gov/aboutepa/epa-region-7-midwest>

Environmental Protection Agency

11201 Renner Blvd.

Lenexa, KS 66219

Phone: (913) 551-7003

Toll free: (800) 223-0425

**Region 8 (CO, MT, ND, SD, UT, WY)** <https://epa.gov/aboutepa/epa-region-8-mountains-and-plains>

Environmental Protection Agency

1595 Wynkoop St.

Denver, CO 80202-1129

Phone: (303) 312-6312

Fax: (303) 312-6339

Toll free: (800) 227-8917

Email: r8eisc@epa.gov

**Region 9 (AZ, CA, HI, NV, GU, AS, MP)** <https://epa.gov/aboutepa/epa-region-9-pacific-southwest>

Environmental Protection Agency

75 Hawthorne Street

San Francisco, CA 94105

Phone: (415) 947-8000

(866) EPA-WEST (toll free in Region 9)

Fax: (415) 947-3553

Email: r9.info@epa.gov

Case 1:22-cv-06128-LTS          Document 2     Filed 07/15/22     Page 37 of 51

**Region 10 (AK, ID, OR, WA)** <https://epa.gov/aboutepa/epa-region-10-pacific-northwest>

Environmental Protection Agency

1200 Sixth Avenue, Suite 155

Seattle, WA 98101

Phone: (206) 553-1200

(800) 424-4372 (toll free in Region 10)

Fax: (206) 553-2955

Toll free: (800) 424-4372

# Office of Research and Development Facilities

| Research Center/Office/Division | Address | Phone Number |
|---|---|---|
| **US EPA Office of Research and Development (ORD) - main office** <https://epa.gov/aboutepa/about-office-research-and-development-ord> | 1200 Pennsylvania Avenue, NW Mail Code: 8101R Washington, DC 20460 | (202) 564-6620 |
| **US EPA Center for Computational Toxicology and Exposure (CCTE) - main office** <https://epa.gov/aboutepa/about-center-computational-toxicology-and-exposure-ccte> | Mail Code: D143-02 Research Triangle Park, NC 27711 | (919) 541-4219 |
| • CCTE Biomolecular and Computational Toxicology Division <https://epa.gov/aboutepa/about-biomolecular-and-computational-toxicology-division> | Mail Code: D143-02 Research Triangle Park, NC 27711 | (919) 541-4219 |

| Research Center/Office/Division | Address | Phone Number |
|---|---|---|
| • CCTE Chemical Characterization and Exposure Division <https://epa.gov/aboutepa/about-chemical-characterization-and-exposure-division> | Mail Code: E205-09 Research Triangle Park, NC 27711 | (919) 541-4219 |
| • CCTE Great Lakes Toxicology and Ecology Division <https://epa.gov/aboutepa/about-great-lakes-toxicology-and-ecology-division> | 6201 Congdon Boulevard Duluth, MN 55804 | (218) 529-5016 |
| • CCTE Scientific Computing and Data Curation Division <https://epa.gov/aboutepa/about-scientific-computing-and-data-curation-division> | Mail Code: D143-02 Research Triangle Park, NC 27711 | (919) 541-4219 |
| **US EPA Center for Environmental Measurement and Modeling (CEMM) - main office** <https://epa.gov/aboutepa/about-center-environmental-measurement-and-modeling-cemm> | Mail Code: D305-01 Research Triangle Park, NC 27711 | (919) 541-2106 |
| • CEMM Air Methods and Characterization Division <https://epa.gov/aboutepa/about-air-methods-and-characterization-division> | Mail Code: E343-04 Research Triangle Park, NC 27711 | (919) 541-2822 |

| Research Center/Office/Division | Address | Phone Number |
|---|---|---|
| **US EPA Center for Environmental Solutions and Emergency Response (CESER) - main office** <https://epa.gov/aboutepa/about-center-environmental-solutions-and-emergency-response-ceser> | 26 W. Martin Luther King Dr. Mail Code: 236 Cincinnati, OH 45268 | (513) 569-7900 |
| • CESER Groundwater Characterization and Remediation Division <https://epa.gov/aboutepa/about-groundwater-characterization-and-remediation-division> | 919 Kerr Research Drive P.O. Box 1198 Ada, OK 74820 | (580) 436-8500 |
| • CESER Homeland Security Materials Management Division <https://epa.gov/aboutepa/about-homeland-security-and-materials-management-division> | Mail Code E343-06 Research Triangle Park, NC 27711 | (919) 541-2336 |
| • CESER Land Remediation Technology Division <https://epa.gov/aboutepa/about-land-remediation-and-technology-division> | 26 W. Martin Luther King Dr. Mail Code: 190 Cincinnati, OH 45268 | (513) 569-7029 |

| Research Center/Office/Division | Address | Phone Number |
|---|---|---|
| • CESER Technical Support Coordination Division <https://epa.gov/aboutepa/about-technical-support-coordination-division> | 26 W. Martin Luther King Dr. Mail Code: NG16 Cincinnati, OH 45268 | (513) 569-7900 |
| • CESER Water Infrastructure Division <https://epa.gov/aboutepa/about-water-infrastructure-division> | 26 W. Martin Luther King Dr. Mail Code: 689 Cincinnati, OH 45268 | (513) 569-7046 |
| **U.S. EPA Center for Public Health and Environmental Assessment (CPHEA) - main office** <https://epa.gov/aboutepa/about-director-center-public-health-and-environmental-assessment> | Mail Code: B305-01 Research Triangle Park, NC 27711 | (919) 541-2281 |
| • CPHEA Chemical and Pollutant Assessment Division <https://epa.gov/aboutepa/about-chemical-and-pollutant-assessment-division-cpad> | 1200 Pennsylvania Avenue, NW Mail Code: 8602R Washington, DC 20460 | (202) 564-4700 |

| Research Center/Office/Division | Address | Phone Number |
|---|---|---|
| • CPHEA Health and Environmental Effects Assessment Division <https://epa.gov/aboutepa/about-health-and-environmental-effects-assessment-division-heead> | Mail Code: B243-01 Research Triangle Park, NC 27711 | (919) 541-4173 |
| • CPHEA Public Health and Environmental Systems Division <https://epa.gov/aboutepa/about-public-health-and-environmental-systems-division-phesd> | Mail Code: B105-03 Research Triangle Park, NC 27711 | (919) 541-4564 |
| • CPHEA Public Health and Integrated Toxicology Division <https://epa.gov/aboutepa/about-public-health-and-integrated-toxicology-division-phitd> | 104 Mason Farm Road Chapel Hill, NC 27599 | (919) 966-9583 |
| • CPHEA Pacific Ecological Systems Division <https://epa.gov/aboutepa/about-pacific-ecological-systems-division-pesd> | 200 SW 35th Street Corvallis, OR 97333 | (541) 754-4600 |
| **U.S. EPA Office of Science Advisor, Policy, and Engagement (OSAPE) - main office** <https://epa.gov/aboutepa/about-office-science-advisor-policy-and-engagement-osape> | 1200 Pennsylvania Avenue, NW Mail Code: 8104R Washington, DC 20460 | (202) 564-6705 |

| Research Center/Office/Division | Address | Phone Number |
|---|---|---|
| • OSAPE Extramural Research and Partnerships Division <https://epa.gov/aboutepa/about-extramural-research-and-partnerships-division> | 1200 Pennsylvania Ave, NW Mail Code: 8104R Washington, DC 20460 | (202) 564-6705 |
| • OSAPE Science Policy Division <https://epa.gov/aboutepa/about-science-policy-division> | 1200 Pennsylvania Ave., NW Mail Code: 8104R Washington, DC 20460 | (202) 564-6705 |

# National Laboratories

| Laboratory | Address | Phone Number |
|---|---|---|
| U.S. EPA Environmental Science Center <https://epa.gov/aboutepa/about-region-3s-laboratory-and-field-services-epas-environmental-science-center> | 701 Mapes Road Ft. Meade, MD 20755-5350 | (410) 305-2800 |

| Laboratory | Address | Phone Number |
|---|---|---|
| **U.S. EPA National Analytical Radiation Environmental Laboratory (NAREL)** <https://epa.gov/aboutepa/about-epas-national-analytical-radiation-environmental-laboratory-narel> | 540 South Morris Avenue Montgomery, AL 36115-2601 | (334) 270-3400 |
| **U.S. EPA National Center for Radiation Field Operations (NCRFO)** <https://epa.gov/aboutepa/about-national-center-radiation-field-operations-ncrfo> | 4220 S Maryland Parkway, Building C Las Vegas, Nevada 89119 | (702) 784-8200 |
| **U.S. EPA National Enforcement Investigations Center Laboratory (NEIC)** <https://epa.gov/enforcement/national-enforcement-investigations-center-neic> | Box 25227, Building 25 Denver Federal Center Denver, CO 80225 | (303) 462-9000 |
| **U.S. EPA National Vehicle and Fuel Emissions Laboratory (NVFEL)** <https://epa.gov/aboutepa/about-national-vehicle-and-fuel-emissions-laboratory-nvfel> | 2000 Traverwood Drive Ann Arbor, MI 48105 | (734) 214-4200 |

# Cincinnati and Research Triangle Park

## Cincinnati, OH

### Physical Address

U.S. EPA

26 Martin Luther King Drive

Cincinnati, OH 45268

## Research Triangle Park, NC

| Type | Address |
|------|---------|
| Mailing Address | U.S. EPA<br>Mail Code: [fill in mail code]<br>Research Triangle Park, NC 27711 |
| Physical Address | U.S. EPA<br>109 T.W. Alexander Drive<br>Durham, NC 27709 |
| Commercial Delivery Address | U.S. EPA<br>4930 Old Page Road<br>Durham, NC 27703 |

# Finance Centers

## Cincinnati Finance Center (CFC)

### U.S. Postal Service, UPS, Federal Express, or Overnight Mail

U.S. EPA

26 W. Martin Luther King Dr.

MS: WG32B

Cincinnati, Ohio 45268

Ph: (513) 487-2074

## Research Triangle Finance Center (RTP-FC)

### U.S. Postal Service Address

U.S. Environmental Protection Agency
RTP-Finance Center
109 TW Alexander Drive (D143-02)
Durham, N.C. 27711

**UPS, Federal Express, or Overnight Mail**

U.S. Environmental Protection Agency
RTP-Finance Center
4930 Old Page Road (D143-02)
Research Triangle Park, N.C. 27709

Contract Payments:
Ph: (919) 541-1148

Vendor Payments:
Ph: (919) 541-0616

About EPA Home <https://epa.gov/aboutepa>

EPA History <https://epa.gov/history>

Our Mission and What We Do <https://epa.gov/aboutepa/our-mission-and-what-we-do>

EPA Organization Chart <https://epa.gov/aboutepa/epa-organization-chart>

Greening EPA Facilities <https://epa.gov/greeningepa>

**Mailing Addresses and Phone Numbers**

Staff Directory <https://cfpub.epa.gov/locator/index.cfm>

Visiting Headquarters <https://epa.gov/aboutepa/visiting-epa-headquarters>

Visiting a Regional Office <https://epa.gov/aboutepa/visiting-regional-office>

Contact Us <https://epa.gov/aboutepa/forms/contact-epa> to ask a question, provide feedback, or report a problem.

Staff Directory | About EPA | US EPA

# Staff Directory

**Back**    **New Search/Cancel**

**Search Results**
Click column headers to sort

1 records found.

Show [25 ▾] entries        Search: [_____]

| *Last Name* | *First Name* | *Building* | *Office Phone* |
| --- | --- | --- | --- |
| Regan | Michael | WJC Building South |      &#124; |

Showing 1 to 1 of 1 entries      Previous    [ 1 ]    Next

**Back**    **New Search/Cancel**



**About EPA**

LAST UPDATED ON JUNE 13, 2019

## Drinking Water Contaminants

DCEG researchers in the Occupational and Environmental Epidemiology Branch (OEEB) investigate a number of water contaminants that are thought to be associated with cancer risk. These include naturally-occurring substances, like arsenic, fertilizer by-products like nitrate, as well as disinfection byproducts (DBP), which are compounds formed when chlorine used to disinfect water comes into contact with organic material in water.

**Arsenic**

**Disinfection Byproducts**

**Nitrate**

**Per- and Polyfluoroalkyl Substances (PFAS) Exposure and Risk of Cancer**

**Arsenic**

Ingestion of high levels of arsenic is an accepted cause of bladder cancer, but risk at lower levels is uncertain. Large populations are needed to adequately characterize bladder cancer risk from lower levels of arsenic exposure in drinking water. DCEG investigators conducted the New England Bladder Cancer Study, a population-based case-control study in Maine, New Hampshire, and Vermont, to identify risk factors that might explain the persistent high rates in these states, to evaluate exposure to arsenic at low to moderate levels, and to evaluate possible gene-exposure interactions. Exposure to arsenic and other drinking water contaminants (i.e., DBP and nitrates) was assessed based on drinking water samples taken at current and former homes, monitoring data obtained from public water utilities, and a geographic information system (GIS)-based predictive model based on geologic characteristics at the wells when measurements were missing. Bladder cancer risk increased with increasing water intake, with significant trends observed among participants with a history of private well use, whose well water was exclusively sourced from shallow dug wells, or who used dug wells prior to 1960, when arsenical pesticides were widely used in the regions. Cumulative arsenic exposure from all water sources demonstrated a dose-response relationship with bladder cancer.

**For more information, contact Dr. Debra Silverman.**

**Disinfection Byproducts**

Chlorine interacts with organic materials in water to form a mixture of DBPs. Although concentrations in the United States are quite low, there is concern that some chemicals in the mixture may increase cancer risk. A DCEG study of six cancer sites conducted in Iowa found associations of rectal and bladder cancers with long-term (>40 years) exposure to drinking water high in these unintentional byproducts. The data from these and additional cancer sites included in the study are under evaluation following an improved historical exposure assessment effort in which DBP exposures were estimated for each individual water utility, taking into account changes in water source and treatments over time.

Water fills a clear cup from a faucet.

<u>Drinking water contaminants and cancer risk</u>

Laura Beane Freeman and Rena Jones studied bladder and endometrial cancer risk, respectively.

Studies indicate that dermal and inhalation exposures to trihalomethanes (THM), a major component of DBPs in treated water, can be significant. With collaborators in Spain, DCEG investigators evaluated DBP in relation to bladder cancer risk in the Interdisciplinary Case-Control Study of Bladder Cancer in Spain, considering exposure via ingestion, showering/bathing, and swimming in pools. THM exposure estimates revealed an excess of bladder cancer among individuals with estimated household levels above 49 mg/L. A similar elevation of risk was seen in the New England Bladder Cancer Study at the same levels of THM exposure, and confirmed the risk observed associated with showering/bathing, but not swimming pool use. In this study, there was also indication that brominated species of THMs were potentially more important for risk than chlorinated THM species. This observation is important because toxicologic data predict this phenomenon, but few epidemiologic studies exist in humans. A study combining data from both the Spanish and New England studies demonstrated an interaction between total THM and a known bladder cancer genetic susceptibility variant, rs907611 at 11p15.5 (LSP1 region).

With collaborators at the University of Minnesota and the University of Iowa, DCEG investigators evaluated intake of DBP from public drinking water in relation to cancer risk in the Iowa Women's Health Study. They found that women with higher average THM in public water supplies had increased risks of rectal cancer, but evidence of associations with colon cancer was inconsistent. There were no associations for cancers of the kidney and ovary. These analyses considered concomitant exposure to nitrate, another common drinking water contaminant.

**For more information, contact Dr. Laura Beane Freeman or Dr. Rena Jones.**

## Nitrate

Contamination of drinking water by nitrate is a growing problem in many agricultural areas of the country. Ingested nitrate can lead to the endogenous formation of N-nitroso compounds (NOC), which are potent animal carcinogens. Population-based case-control studies in Iowa and Nebraska evaluated community-supplied drinking water nitrate levels and cancers of the stomach, esophagus, bladder, brain, colon, rectum, pancreas, and kidney. Increased risks of colon, kidney, and stomach cancer were observed among those with higher ingestion of water nitrate and higher meat intake compared with low intakes of both, a dietary pattern that results in increased NOC formation.

With collaborators at the University of Minnesota and the University of Iowa, DCEG investigators are evaluating nitrate intake from drinking water in relation to cancer risk in the Iowa Women's Health Study. So far, they found that women with higher average nitrate levels in public water supplies had increased risks of thyroid, ovarian, bladder, and kidney cancers. There was no association with drinking water nitrate ingestion and colorectal and pancreas cancers. In the New England Bladder Cancer Study, the highest average nitrate concentrations (>95th percentile) were associated with bladder cancer risk. The population using private wells can have considerably higher exposure to nitrate because private wells are not regulated, and because they are often located in agricultural areas. Using a geographic information system (GIS)-based model that incorporates land use, soil characteristics, nitrogen inputs, and other factors, DCEG investigators estimated private well nitrate levels for the Agricultural Health Study cohort and are evaluating cancer risk among the applicators and their spouses.

**For more information, contact Dr. Mary Ward or Dr. Rena Jones.**

## Per- and Polyfluoroalkyl Substances (PFAS) Exposure and Risk of Cancer

In 2017, the International Agency for Research on Cancer (IARC) classified perfluorooctanoic acid (PFOA), the most well-studied per- and polyfluoroalkyl substances (PFAS), as a possible human carcinogen based in part on limited epidemiologic evidence of associations with cancers

of the kidney and testis in heavily exposed subjects. To address the gaps in our understanding of the carcinogenicity of PFAS, DCEG has launched a series of studies aimed at identifying specific cancers associated with PFAS at exposure levels typically found in the general population. These studies are innovative for their direct assessment of exposure to PFOA and other PFAS in banked serum specimens as well as their evaluation of risks at exposure levels comparable to that found in the general population or among military personnel. As such, these investigations have the potential to inform future evaluations of the carcinogenicity of PFOA and to extend our understanding to other PFAS that have not yet been evaluated.

**Read about DCEG research studies on PFAS.**

RECEIPT

DATE 7/8/22

No. 589441

FROM SHAWN WHITE    $ 60/—

SIXTY    DOLLARS

⊘ FOR RENT
○ FOR STAGECOACH MOTEL

| ACCT. | | |
|-------|---|---|
| PAID | | |
| DUE | | |

⊘ CASH
○ MONEY ORDER
○ CHECK
○ CREDIT CARD

FROM 7/8/22 TO 7/9/22    10:00PM 5:00AM

BY ____

1152